In the Matter of the Claim of SOPHIA PAPADAKIS, Respondent, against SIXTY JOHNSON STREET CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. While under the contract between the employer and the carrier executive officers were not covered, under the provisions of paragraph 6 of section 54 of the Workmen's Compensation Law, as decedent did not elect to be excluded he was within the coverage of the policy. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER SLAPP, Respondent, against FRANK SHAW and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GEORGE WEYDMAN, Respondent, against NIAGARA BOILER WORKS, Respondent; NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award unanaimously affirmed, with one bill of costs, against the insurance carrier, to be divided between the State Industrial Board and the attorney for the employer. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH ALBIN, Respondent, against J. B. WISE, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of KATHLEEN B. BANNIGAN, Respondent, against SINCLAIR OIL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.